# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MUHUDIN ABDULLAHI QUULE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JEFF B. SESSIONS[1], Attorney General of ) <br> the United States, et al., ) <br> ) <br> Respondents. ) | CIVIL ACTION NO. <br> 4:17-cv-0090-MHH-JEO |

## MEMORANDUM OPINION

On January 17, 2017, Muhudin Abullahi Quule filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Mr. Quule challenged the legality of his continued detention by federal immigration authorities pending his removal under the Immigration and Nationality Act. (*See* Doc. 1). On May 26, 2017, the respondents filed a motion to dismiss the action as moot because Mr. Quule has been removed from the United States. (Doc. 6).

In support of their motion, the respondents submitted a declaration from a supervisory detention and deportation officer stating that Mr. Quule was removed from the United States on March 9, 2017. (Doc. 6-1). Mr. Quule's petition for a writ of

---

[1] When Mr. Quule filed this action on January 17, 2017, Loretta Lynch was the Attorney General of the United States. Since then, Jeff Sessions replaced Ms. Lynch. Therefore, the Court asks the Clerk to please substitute Mr. Sessions for Ms. Lynch as a respondent. *See* FED. R. CIV. P. 26(d).

habeas corpus is moot because the Court no longer can provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Therefore, the Court will grant the respondents' motion. The Court will enter a separate final order.

DONE and ENTERED this 30th day of May, 2017.

_____
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE